# First District Court of Appeal
## State of Florida

_____

No. 1D18-468
_____

NICHOLAS PORTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

March 25, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Robin B. Rogers, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Sharon Traxler and Amanda D. Stokes, Assistant Attorneys General, Tallahassee, for Appellee.